I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 1-15-13

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JAN 15 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN DOMINIC MOORE,<br><br>          Petitioner,<br><br>  vs.<br><br>RALPH DIAS, Warden,<br><br>          Respondent. | Case No. CV 12-9484-ODW (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court accepts the findings and recommendation of the Magistrate Judge.

     IT THEREFORE IS ORDERED that (1) petitioner's stay request is denied; and (2) Judgment be entered dismissing this action without prejudice for failure to exhaust state remedies.

DATED: January 15, 2013

_____
OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE