JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JAN 15 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ TT (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 1-15-13

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN DOMINIC MOORE,<br><br>Petitioner,<br><br>vs.<br><br>RALPH DIAS, Warden,<br><br>Respondent. | Case No. CV 12-9484-ODW (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for failure to exhaust state remedies.

DATED: January 15, 2013

_____
OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 15 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY